UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUONG VAN HUNG,<br><br>              Petitioner,<br><br>     v.<br>D. MARIN ET AL,<br><br>              Respondents.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 5:26-cv-00851-SVW-AYP<br><br>(PROPOSED)<br><br>ORDER ACCEPTING IN PART FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

On June 2, 2026, United States Magistrate Judge Anna Y. Park (the "Magistrate Judge") issued a Report and Recommendation granting Petitioner Truong Van Hung's ("Petitioner") petition for a writ of habeas corpus. (Dkt. No. 18 ("R&R").)

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the R&R of the Magistrate Judge, and Respondent's objections to the R&R (Dkt. No. 21).

The Court has conducted a de novo review of those portions of the R&R to which Objections were directed. Considering those Objections, the Court respectfully disagrees with the fourth recommendation of the Magistrate Judge but otherwise accepts the findings and recommendations of the Magistrate Judge and adopts them as its own findings and conclusions.

IT IS THEREFORE ORDERED as follows:

(1) the Report and Recommendation is accepted and adopted in part;[1] and

(2) Judgment shall be entered granting the Petition.

It is further ORDERED that the Clerk serve forthwith a copy of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and on counsel for Respondents.

IT IS SO ORDERED.

DATED:  July 8, 2026

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

---

[1] In the R&R, the Magistrate Judge recommends "enjoining Respondents from re-detaining Petitioner absent pre-deprivation notice and a hearing before a neutral fact-finder at which the Government must justify the need to confine him." (Dkt. No. 19 at 16.) The Court declines to adopt this specific recommendation.

2.