JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TRUONG VAN HUNG,

                Petitioner,

        v.

D. MARIN ET AL,

                Respondents.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 5:26-cv-00851-SVW-AYP

~~(PROPOSED)~~

JUDGMENT

    Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that (1) the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition") is GRANTED; and (2) the Clerk shall enter Judgment accordingly.

    IT IS SO ADJUDGED.

DATED:  July 8, 2026

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE